```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION


ALLAN RAY McFARLAND,              §
     Petitioner,                  §
                                  §
VS.                               §   CIVIL ACTION NO.4:06-CV-028-Y
                                  §
COLE JETER, Warden,               §
FCI-Fort Worth,                   §
     Respondent.                  §
```

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Allan Ray McFarland under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 24, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 16, 2006.

The Court, after <u>de novo</u> review, concludes that McFarland's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

McFarland's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED February 22, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE